Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel:  702-784-5200 Fax: 702-784-5252
asorenson@swlaw.com,   estutman@swlaw.com, kdove@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SATICOY BAY, LLC,<br><br>Defendant. | CASE NO.:  2:16-cv-02242-JAD-BNW<br><br>**JOINT INTERIM STATUS REPORT** |

Plaintiffs Federal National Mortgage Association ("Fannie Mae") and Federal Housing Finance Agency, as Conservator of Fannie Mae ("FHFA," or the "Conservator"), and Defendant Saticoy Bay, LLC ("Saticoy"), by and through their undersigned counsel, submit this interim status report pursuant to LR 26-3 and the Court's Discovery Plan and Scheduling Order (ECF No. 23).

1. **Trial Length Estimate**: Plaintiffs and Defendant currently estimate that the trial can be completed in approximately 2 days, if necessary at all.

2. **Available Dates for Trial**: Plaintiffs and Defendant are available for trial the weeks of July 20, 2020; July 27, 2020; and August 3, 2020.

15281886

3. **Potential Effect of Substantive Motions**: Plaintiffs believe that a ruling on a forthcoming dispositive motion may eliminate the need for trial.

DATED this 24th day of October, 2019.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SNELL & WILMER LLP** |
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation* | By: /s/ Erica J. Stutman<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Kelly H. Dove, Esq. (SBN 10569)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com,<br>estutman@swlaw.com,<br>kdove@swlaw.com<br><br>*Attorneys for Plaintiff Federal National Mortgage Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.**<br><br>By: /s/ Timothy Rhoda<br>Roger P. Croteau, Esq. (SBN 4958)<br>Timothy Rhoda, Esq. (SBN 7878)<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br>Tel: (702) 254-7775   Fax: (702) 228-7719<br>rcroteau@croteaulaw.com<br>tim@croteaulaw.com<br>*Attorneys for Defendant Saticoy Bay* | |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15281886

2