| | |
|---|---|
| 1 | ROGER P. CROTEAU, ESQ. |
| | Nevada Bar No. 4958 |
| 2 | TIMOTHY E. RHODA, ESQ. |
| | Nevada Bar No. 7878 |
| 3 | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| | 2810 West Charleston Blvd. #75 |
| 4 | Las Vegas, Nevada 89102 |
| | (702) 254-7775 |
| 5 | (702) 228-7719 (facsimile) |
| | croteaulaw@croteaulaw.com |
| 6 | ***Attorney for Defendant*** |
| | **SATICOY BAY, LLC** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,

       Plaintiffs,

vs.

SATICOY BAY, LLC,

       Defendant.

Case No. 2:16-cv-02242-JAD-BNW

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL DISCOVERY**
**(First Request)**

COMES NOW, Defendant, SATICOY BAY, LLC, and Plaintiffs, FEDERAL HOUSING FINANCE AGENCY, FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 20, 2020, Defendant filed a Motion to Compel Discovery herein. [ECF #26].
2. On January 21, 2020, this Court entered a Minute Order scheduling a hearing of the Motion to take place on March 3, 2020, at 9:00 a.m. [ECF #27].
3. Plaintiffs filed an Opposition to the Motion on February 3, 2020. [ECF #29].
4. Defendant's counsel has requested an extension of time until February 17, 2020, in which to file a Reply to Plaintiffs' Opposition as a result of numerous other pending legal matters and personal obligations. The requested extension will not affect the pending hearing date in any manner.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

5. Defendant shall have an extension of time until February 17, 2020, in which to file a Reply to Plaintiff's Opposition to Motion to Compel Discovery.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this   10th   day of February, 2020.

ROGER P. CROTEAU & ASSOCIATES, LTD.

FENNEMORE CRAIG, P.C.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 West Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendants***
***Saticoy Bay, LLC***

/s/ *Leslie Bryan Hart*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
300 E. Second St., Suite 1510
Reno, NV 89501
775-788-2228
lhart@fclaw.com
***Attorney for Plaintiffs***
***Federal Housing Finance Agency and***
***Federal Home Loan Mortgage Corporation***

SNELL & WILMER L.L.P.

/s/ *Erica J. Stutman*
ERICA J. STUTMAN, ESQ.
Nevada Bar No. 10794
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
702-784-5238
estutman@swlaw.com
***Attorney for Plaintiff***
***Federal National Mortgage Association***

**IT IS SO ORDERED**

**DATED: February 11, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____10th____ day of February, 2020, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL DISCOVERY (First Request)** to the following parties:

Kelly H Dove
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
(702) 784-5200
(702) 784-5252 (fax)
kdove@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Robin E Perkins
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
702-784-5238
702-784-5252 (fax)
rperkins@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

Leslie Bryan Hart
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501-
775-788-2228
lhart@fclaw.com
*Attorney for Plaintiff*
*Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Amy F. Sorenson
Snell & Willmer, LLP
3883 Howard Highes Parkway, Suite 1100
Las Vegas, NV 89169
801-257-1907
801-257-1800 (fax)
asorenson@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

John D. Tennert
Fennemore Craig, P.C.
300 E. Second St., Suite 1510
Reno, NV 89501
775-788-2212
jtennert@fclaw.com
*Attorney for Plaintiff*
*Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Erica J Stutman
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004
602-382-6000
602-382-6070 (fax)
estutman@swlaw.com
*Attorney for Plaintiff*
*Federal National Mortgage Association*

_/s/ Timothy E. Rhoda_
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.