ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 West Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**SATICOY BAY, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiffs,

vs.

SATICOY BAY, LLC,

Defendant.

Case No. 2:16-cv-02242-JAD-BNW

**ORDER**

**STIPULATION AND ORDER TO EXTEND TIME
TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW, Defendant, SATICOY BAY, LLC, and Plaintiffs, FEDERAL HOUSING FINANCE AGENCY, FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 22, 2020, Plaintiffs filed a Motion for Summary Judgment herein. [ECF #28]. A response to said Motion is presently due on February 12, 2020.

2. Defendant's counsel has requested and shall be granted an extension of time until February 21, 2020, in which to file a Response to the Motion for Summary Judgment as a result of numerous other pending legal matters and personal obligations.

3. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___12th___ day of February, 2020.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 West Charleston Blvd. #75
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendants***
***Saticoy Bay, LLC***

FENNEMORE CRAIG, P.C.

/s/ *Leslie Bryan Hart*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
300 E. Second St., Suite 1510
Reno, NV 89501
775-788-2228
lhart@fclaw.com
***Attorney for Plaintiffs***
***Federal Housing Finance Agency and***
***Federal Home Loan Mortgage Corporation***

SNELL & WILMER L.L.P.

/s/ *Erica J. Stutman*
ERICA J. STUTMAN, ESQ.
Nevada Bar No. 10794
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
702-784-5238
estutman@swlaw.com
***Attorney for Plaintiff***
***Federal National Mortgage Association***

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2020.