Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel:  702-784-5200 Fax: 702-784-5252
asorenson@swlaw.com,   estutman@swlaw.com, kdove@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SATICOY BAY, LLC,<br><br>Defendant. | CASE NO.:  2:16-cv-02242-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (ECF NO. 28) and EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTER-MOTION FOR RULE 56(D) RELIEF (ECF NO. 38)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and the Federal Housing Finance Agency ("FHFA"), in its capacity as Conservator for Fannie Mae and Freddie Mac, and Defendant Saticoy Bay, LLC ("Saticoy Bay"), by and through their undersigned counsel, submit the following stipulation for the Court's review and approval.

IT IS HEREBY AGREED AND STIPULATED that the deadline for Plaintiffs to file their reply in support of their Motion for Summary Judgment (ECF No. 28) is extended from March 6, 2020 to March 13, 2020.

15583873

Plaintiffs anticipate filing a combined reply in support of their Motion for Summary Judgment as well as their Response to Defendant's Counter-Motion for Rule 56(d) Relief (ECF No. 38). Therefore, the Parties agree to extend the Response deadline from March 6, 2020 to March 13, 2020.

This is Plaintiffs' first request for an extension of time regarding their Reply and Response. This additional time is appropriate because counsel for Plaintiffs are involved in many other related cases in this District and are facing deadlines in many of these cases as well.

DATED: February 24, 2020.

**FENNEMORE CRAIG, P.C.**

By: /s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228 Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

By: /s/ Timothy Rhoda
Roger P. Croteau, Esq. (SBN 4958)
Timothy Rhoda, Esq. (SBN 7878)
9120 West Post Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 254-7775 Fax: (702) 228-7719
croteaulaw@croteaulaw.com

*Attorneys for Defendant Saticoy Bay*

**SNELL & WILMER LLP**

By: /s/ Erica J. Stutman
Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200 Fax: 702-784-5252
asorenson@swlaw.com,
estutman@swlaw.com,
kdove@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 25, 2020.

15583873