Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing
Finance Agency and Federal Home Loan
Mortgage Corporation*

(Admitted *Pro Hac Vice*)
Michael A.F. Johnson, Esq.
ARNOLD & PORTER KAYE
  SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000   Fax: (202) 942-5999
Michael.Johnson@apks.com

*Attorneys for Plaintiff Federal Housing
Finance Agency*

Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel:  702-784-5200 Fax: 702-784-5252
asorenson@swlaw.com,   estutman@swlaw.com,
kdove@swlaw.com

*Attorneys for Plaintiff Federal National
Mortgage Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> SATICOY BAY, LLC, <br><br> Defendant. | CASE NO.:  2:16-cv-02242-JAD-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR RENEWED MOTION FOR SUMMARY JUDGMENT (ECF NO. 47)** <br><br> **(FIRST REQUEST)** |

Plaintiffs Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan

Mortgage Corporation ("Freddie Mac"), and the Federal Housing Finance Agency ("FHFA"), in

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15854558

its capacity as Conservator for Fannie Mae and Freddie Mac, and Defendant Saticoy Bay, LLC ("Saticoy Bay"), by and through their undersigned counsel, submit the following stipulation for the Court's review and approval.

IT IS HEREBY AGREED AND STIPULATED that the deadline for Plaintiffs to file their reply in support of their Renewed Motion for Summary Judgment (ECF No. 47) is extended from June 11, 2020 to June 18, 2020.

This is Plaintiffs' first request for an extension of time regarding their Reply.   This additional time is appropriate because counsel for Plaintiffs are involved in many other related

/////

/////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

//////

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15854558

2

cases in this District and are facing deadlines in many of these cases as well.

DATED:  June 9, 2020.

**FENNEMORE CRAIG, P.C.**

By:   /s/   Leslie Bryan Hart
    Leslie Bryan Hart, Esq. (SBN 4932)
    John D. Tennert, Esq. (SBN 11728)
    300 E. Second St., Suite 1510
    Reno, Nevada 89501
    Tel: 775-788-2228   Fax: 775-788-2229
    lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing*
*Financing Agency and Federal Home Loan*
*Mortgage Corporation*

and

Michael A.F. Johnson, Esq.
(Admitted *Pro Hac Vice*)
ARNOLD & PORTER KAYE
  SCHOLER LLP

*Attorneys for Plaintiff Federal Housing*
*Finance Agency*

**SNELL & WILMER LLP**

By:   /s/   Erica Stutman
    Amy F. Sorenson, Esq. (SBN 12495)
    Erica J. Stutman, Esq. (SBN 10794)
    Kelly H. Dove, Esq. (SBN 10569)
    3883 Howard Hughes Pkwy, Suite 1100
    Las Vegas, NV 89169
    Tel:  702-784-5200 Fax: 702-784-5252
    asorenson@swlaw.com,
    estutman@swlaw.com,
    kdove@swlaw.com

*Attorneys for Plaintiff Federal National*
*Mortgage Association*

**ROGER P. CROTEAU & ASSOCIATES,
LTD.**

By:   /s/   Timothy Rhoda
    Roger P. Croteau, Esq. (SBN 4958)
    Timothy Rhoda, Esq. (SBN 7878)
    9120 West Post Road, Suite 100
    Las Vegas, NV 89148
    Tel: (702) 254-7775   Fax: (702) 228-7719
    croteaulaw@croteaulaw.com
*Attorneys for Defendant Saticov Bay*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 10, 2020.

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

15854558

3