|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 10 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FEDERAL HOUSING FINANCE AGENCY; et al.,

        Plaintiffs-Appellees,

 v.

SATICOY BAY, LLC,

        Defendant-Appellant.

No. 20-17447

D.C. No. 2:16-cv-02242-JAD-BNW
District of Nevada,
Las Vegas

ORDER

Court Reporter Amber McClane's motion (Docket Entry No. 17) for an extension of time to file the transcript is granted. The transcript is now due July 8, 2021. This order does not waive the mandatory fee reduction. See Judicial Conference of the United States, Report of the Proceedings 10 (March 1982).

The opening brief is due August 17, 2021. The answering brief is due September 16, 2021. The optional reply brief is due within 21 days after service of the answering brief.

The Clerk will serve this order on the court reporter at the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 06/07/2021/Pro Mo