| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | Amy F. Sorenson, Esq. (SBN 12495) |
| John D. Tennert, Esq. (SBN 11728) | Erica J. Stutman, Esq. (SBN 10794) |
| FENNEMORE CRAIG, P.C. | Kelly H. Dove, Esq. (SBN 10569) |
| 7800 Rancharrah Parkway | Bradley T. Austin, Esq. (SBN 13064) |
| Reno, NV 89511 | SNELL & WILMER LLP |
| Tel: 775-788-2288  Fax: 775-788-2229 | 3883 Howard Hughes Pkwy, Suite 1100 |
| lhart@fclaw.com; jtennert@fclaw.com | Las Vegas, NV 89169 |
| | Tel: 702-784-5200  Fax: 702-784-5252 |
| *Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | asorenson@swlaw.com; estutman@swlaw.com; kdove@swlaw.com; baustin@swlaw.com |
| | *Attorneys for Plaintiff Federal National Mortgage Association* |

Michael A.F. Johnson, Esq. (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Michael.Johnson@arnoldporter.com

*Attorney for Plaintiff Federal Housing Finance Agency*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SATICOY BAY, LLC,<br><br>Defendant. | Case No. 2:16-cv-02242-JAD-PAL<br><br>**STIPULATION AND ORDER RE BRIEFING DEADLINES FOR MOTION FOR LEAVE TO AMEND**<br><br>**(First Request)** |

Plaintiffs Federal Housing Finance Agency, Federal National Mortgage Association, and Federal Home Loan Mortgage Corporation (collectively, "Plaintiffs"), and Defendant Saticoy Bay, LLC ("Defendant" and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Plaintiffs filed a motion for leave to amend the complaint on November 17, 2023 (ECF 75, the "Motion"). On November 29, 2023, Plaintiff filed an errata (ECF 76, the "Errata") to

correct certain information that had been added to the Motion and proposed amended complaint in error. Defendant did not object to the correction.

Due to professional obligations and the upcoming holidays and travel, the parties seek to extend their deadlines to complete briefing on the Motion as follows:

- Defendant's deadline to respond to the Motion, as corrected by the Errata, will be extended from December 1, 2023 until December 29, 2023.
- Plaintiffs' deadline to file a reply in support of the Motion, as corrected by the Errata, will be January 18, 2024.

This extended schedule will not cause prejudice, as there are no other deadlines in place that will be impacted by the requested briefing schedule.

DATED this 30th day of November, 2023.

| FENNEMORE CRAIG, P.C. | SNELL & WILMER L.L.P. |
|---|---|
| */s/ Leslie Bryan Hart*<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>Tel: 775-788-2288  Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br><br>*/s/ Michael A.F. Johnson*<br>Michael A.F. Johnson, Esq. (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Tel.: (202) 942-5000<br>Michael.Johnson@arnoldporter.com<br><br>*Attorney for Plaintiff Federal Housing Finance Agency* | */s/ Kelly H. Dove*<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Kelly H. Dove, Esq. (SBN 10569)<br>Bradley T. Austin, Esq. (SBN 13064)<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200  Fax: 702-784-5252<br>asorenson@swlaw.com;<br>estutman@swlaw.com; kdove@swlaw.com;<br>baustin@swlaw.com<br><br>*Attorneys for Plaintiff Federal National Mortgage Association*<br><br>ROGER P. CROTEAU & ASSOCIATES, LTD.<br><br>*/s/ Timothy E. Rhoda*<br>Roger P. Croteau, Esq. (SBN 4958)<br>Timothy E. Rhoda, Esq. (SBN 7878)<br>2810 W. Charleston Blvd., Suite 67<br>Las Vegas, Nevada 89102 |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 12/1/2023

4891-4762-4084