Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: 775-788-2288  Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Michael A.F. Johnson, Esq. (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Michael.Johnson@arnoldporter.com

*Attorney for Plaintiff Federal Housing Finance Agency*

Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
Bradley T. Austin, Esq. (SBN 13064)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200  Fax: 702-784-5252
asorenson@swlaw.com; estutman@swlaw.com;
kdove@swlaw.com; baustin@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>SATICOY BAY, LLC,<br><br>Defendant. | Case No. 2:16-cv-02242-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR MOTION FOR LEAVE TO AMEND**<br><br>**(Second Request)** |

Defendant Saticoy Bay, LLC ("Defendant") and Plaintiffs Federal Housing Finance Agency, Federal National Mortgage Association, and Federal Home Loan Mortgage Corporation (collectively, "Plaintiffs", and together with Defendant, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed a motion for leave to amend the complaint on November 17, 2023 (ECF 75, the "Motion"). On November 29, 2023, Plaintiff filed an errata (ECF 76, the "Corrected Motion") to correct certain information that had been added to the Motion and proposed amended complaint in error. Defendant did not object to the correction.

On December 1, 2023, this Court entered an Order setting agreed-upon deadlines associated with the briefing of the Corrected Motion. [ECF 99]. Pursuant to said Order, Defendant's Response is presently due by December 29, 2023, and Plaintiffs' Reply is due by January 18, 2024. *Id*.

Defendant's counsel is currently ill and does not expect to be able to complete and file Defendant's Opposition by the current deadline. As a result, the Parties have agreed to extend the applicable deadlines by one week. Defendant's deadline to respond to the Corrected Motion shall be extended until January 5, 2024, and Plaintiffs' deadline to file a reply in support of the Corrected Motion shall be extended until January 25, 2024.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

This extended schedule will not cause prejudice, as there are no other deadlines in place that will be impacted by the requested amended briefing schedule.

DATED this 27th day of December, 2023.

FENNEMORE CRAIG, P.C.

/s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: 775-788-2288  Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

SNELL & WILMER LLP

/s/ Erica J. Stutman
Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
Bradley T. Austin, Esq. (SBN 13064)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200  Fax: 702-784-5252
asorenson@swlaw.com;
estutman@swlaw.com; kdove@swlaw.com;
baustin@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Michael A.F. Johnson
Michael A.F. Johnson, Esq. (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Michael.Johnson@arnoldporter.com

*Attorney for Plaintiff Federal Housing Finance Agency*

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
Roger P. Croteau, Esq. (SBN 4958)
Timothy E. Rhoda, Esq. (SBN 7878)
2810 W. Charleston Blvd., Suite 67
Las Vegas, Nevada 89102
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  12/28/2023

4891-4762-4084

- 3 -