Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: 775-788-2288  Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

Michael A.F. Johnson, Esq. (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Michael.Johnson@arnoldporter.com

*Attorneys for Plaintiff Federal Housing Finance Agency*

Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
Bradley T. Austin, Esq. (SBN 13064)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200  Fax: 702-784-5252
asorenson@swlaw.com;
estutman@swlaw.com; kdove@swlaw.com;
baustin@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SATICOY BAY, LLC, et al.,<br><br>Defendants. | Case No. 2:16-cv-02242-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE RESPONSE TO SATICOY BAY, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF 119]**<br><br>**(First Request)**<br><br>ECF No. 121 |

Plaintiffs Federal Housing Finance Agency, Federal National Mortgage Association, and Federal Home Loan Mortgage Corporation (collectively, "Plaintiffs"), and Defendant Saticoy Bay, LLC (together with Plaintiffs, the "Parties"), by and through their respective counsel of

4873-7140-9104

1 record, hereby stipulate and agree as follows:

2     Saticoy Bay, LLC filed a motion for summary judgment on June 25, 2024 (ECF 119) (the

3 "MSJ").

4     Plaintiffs' response to the MSJ is due on Tuesday, July 16, 2024. Plaintiffs are working on

5 the response and other case-related submissions, such as serving the remaining defendants and

6 motion practice related to all defendants. Plaintiffs believe a brief extension to the MSJ would

7 create efficiency as the case proceeds forward.

8     Accordingly, the Parties stipulate and request this Court's permission to provide Plaintiffs

9 with a 2-week extension to respond to Saticoy Bay's MSJ, up through and including Tuesday,

10 July 30, 2024.

11 / / /

12 / / /

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4873-7140-9104

This brief extension will not cause prejudice, as there are no other deadlines in place that will be impacted by this extension.

DATED July 15, 2024.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SNELL & WILMER LLP** |
| */s/ Leslie Hart (w/permission)* <br> Leslie Bryan Hart, Esq. (SBN 4932) <br> John D. Tennert, Esq. (SBN 11728) <br> 7800 Rancharrah Parkway <br> Reno, NV 89511 <br> Tel:  775-788-2288  Fax: 775-788-2229 <br> lhart@fclaw.com; jtennert@fclaw.com <br> *Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | */s/ Erica J. Stutman* <br> Amy F. Sorenson, Esq. (SBN 12495) <br> Erica J. Stutman, Esq. (SBN 10794) <br> Kelly H. Dove, Esq. (SBN 10569) <br> Bradley T. Austin, Esq. (SBN 13064) <br> 3883 Howard Hughes Pkwy, Suite 1100 <br> Las Vegas, NV 89169 <br> Tel: 702-784-5200  Fax: 702-784-5252 <br> asorenson@swlaw.com; <br> estutman@swlaw.com; kdove@swlaw.com; <br> baustin@swlaw.com <br> *Attorneys for Plaintiff Federal National Mortgage Association* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| */s/ Michael AF Johnson (w/permission)* <br> Michael A.F. Johnson, Esq. (*pro hac vice*) <br> 601 Massachusetts Ave., NW <br> Washington, DC 20001-3743 <br> Tel.: (202) 942-5000 <br> Michael.Johnson@arnoldporter.com <br> *Attorneys for Plaintiff Federal Housing Finance Agency* | */s/ Timothy E. Rhoda (w/permission)* <br> Roger P. Croteau, Esq. (SBN 4958) <br> Timothy E. Rhoda, Esq. (SBN 7878) <br> 2810 W. Charleston Blvd., Suite 67 <br> Las Vegas, Nevada 89102 |

### **ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 16, 2024

4873-7140-9104