Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
Bradley T. Austin, Esq. (SBN 13064)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Tel: 702-784-5200  Fax: 702-784-5252
asorenson@swlaw.com; estutman@swlaw.com;
kdove@swlaw.com; baustin@swlaw.com
*Attorneys for Plaintiff Federal National*
*Mortgage Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SATICOY BAY, LLC; SATICOY BAY LLC, SERIES 108 BOYSENBERRY LANE; SATICOY BAY LLC, SERIES 1109 STORKE LANE; SATICOY BAY LLC SERIES 1120 OBSERVATION; SATICOY BAY LLC SERIES 11478 OGDEN MILLS; SATICOY BAY LLC SERIES 1489 SILVER SUNSET; SATICOY BAY LLC, SERIES 188 ALMOND RIDGE; SATICOY BAY LLC SERIES 2301 SHADY HILL; SATICOY BAY LLC SERIES 25 NEWBURG; SATICOY BAY LLC/SERIES 3546 ALCUDIA BAY; SATICOY BAY, LLC SERIES 4736 NARA VISTA WAY #104; SATICOY BAY LLC SERIES 4738 MOUNTAIN VALLEY; SATICOY BAY LLC SERIES 4946 MOZART; SATICOY BAY LLC SERIES 5751 E HACIENDA; SATICOY BAY LLC SERIES 6425 WINTER MOON; SATICOY BAY LLC, SERIES 677 PRINCIPLE POINT; SATICOY BAY LLC SERIES 7413 W. RUSSELL; SATICOY BAY LLC SERIES 9178 SLEEPING TREE; SATICOY BAY LLC SERIES 1104 PINTO ROCK; SATICOY BAY LLC SERIES 1915 WINTER HILL ST; SATICOY BAY LLC-SERIES 3421 ROSE VALLEY; SATICOY BAY LLC SERIES 11489 BELMONT LAKE 106; SATICOY BAY LLC-SERIES 1541 MOUNT NOBLE; SATICOY BAY LLC SERIES 200 HOOVER; SATICOY BAY LLC SERIES 2121 BLUE BREEZE; SATICOY BAY LLC SERIES 4801 FIESTA LAKES; SATICOY BAY LLC 6701 COBRE AZUL 102; SATICOY BAY LLC SERIES 1401 LINNBAKER; SATICOY BAY LLC SERIES 2604 GOLDEN SANDS; SATICOY BAY LLC SERIES 5032 WHISTLING ACRES; SATICOY BAY LLC, SERIES 5738 BEAR SPRINGS STREET; SATICOY BAY LLC, SERIES 7720 SECRET SHORE; and SATICOY BAY LLC SERIES 8304 BROAD PEAK,<br><br>Defendants. | Case No. 2:16-cv-02242-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND AND REPLY REGARDING PENDING MOTIONS [128, 130, 132]**<br><br>**(First Request)**<br><br>ECF No. 135 |

All parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On July 30, 2024, Plaintiffs filed a Motion for Summary Judgment ECF [130]. A response to said motion is presently due on August 20, 2024.
2. On July 30, 2024, Defendant Saticoy Bay, LLC, Series 5738 Bear Springs Street filed a Motion for Summary Judgment ECF [128]. A response to said motion is presently due on August 20, 2024.
3. On August 6, 2024, all defendants except Saticoy Bay, LLC filed the Series Defendants' Motion to Dismiss or, Alternatively, Motion for Summary Judgment ECF [132]. A response to said motion is presently due on August 20, 2024.
4. Defendant's counsel has requested an extension of time until August 30, 2024, in which to file a Response to the Plaintiffs' Motion for Summary Judgment as a result of numerous other pending legal matters and personal obligations.
5. The parties believe it best to have the pending motions on the same schedule to streamline the outstanding issues for the court. Accordingly, the parties agree and stipulate that **the deadline to file and serve responses to all of these motions [128, 130, 132] shall be extended until August 30, 2024.**
6. The parties further agree and stipulate that **replies in support of each of these motions [128, 130, and 132] shall be due on September 20, 2024.**
7. This is the first stipulation for an extension of time to file the responses and replies for these motions [128, 130, 132].
8. A hearing has not been scheduled for any of these motions.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

9. This Stipulation is made in good faith and not for purposes of delay.

DATED this 20th day of August, 2024.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SNELL & WILMER LLP** |
| /s/Leslie Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>Tel:  775-788-2288  Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | /s/Erica Stutman<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Kelly H. Dove, Esq. (SBN 10569)<br>Bradley T. Austin, Esq. (SBN 13064)<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, NV 89135<br>Tel: 702-784-5200  Fax: 702-784-5252<br>asorenson@swlaw.com;<br>estutman@swlaw.com;  kdove@swlaw.com;<br>baustin@swlaw.com<br><br>*Attorneys for Plaintiff Federal National Mortgage Association* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| /s/Michael Johnson<br>Michael A.F. Johnson, Esq. (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Tel.: (202) 942-5000<br>Michael.Johnson@arnoldporter.com<br><br>*Attorneys for Plaintiff Federal Housing Finance Agency* | /s/Timothy Rhoda<br>Timothy E. Rhoda, Esq. (SBN 7878)<br>Roger P. Croteau, Esq. (SBN 4958)<br>2810 West Charleston Blvd., #67<br>Las Vegas, Nevada 89102<br>Tel: 702-254-7775  Fax: 702-228-7719<br>croteaulaw@croteaulaw.com<br><br>*Attorneys for Defendants* |
| Dated August 20, 2024 | IT IS SO ORDERED<br><br>By:_____<br>Judge, U.S. District Court |