| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fennemorelaw.com;<br>jtennert@fennemorelaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Kelly H. Dove, Esq. (SBN 10569)<br>Bradley T. Austin, Esq. (SBN 13064)<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel:  702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com;   estutman@swlaw.com;<br>kdove@swlaw.com; baustin@swlaw.com<br><br>*Attorneys for Plaintiff Federal National Mortgage Association* |

Michael A.F. Johnson, Esq. (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Michael.Johnson@arnoldporter.com

*Attorneys for Plaintiff Federal Housing Finance Agency*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>SATICOY BAY, LLC,<br><br>                    Defendant. | CASE NO.:  2:16-cv-02242-JAD-BNW<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY (ECF NO. 157)**<br><br>**(FIRST REQUEST)** |

Plaintiffs Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and the Federal Housing Finance Agency ("FHFA"), in its capacity as Conservator for Fannie Mae and Freddie Mac, and Defendant Saticoy Bay, LLC

50436578

("Saticoy Bay"), by and through their undersigned counsel, submit the following stipulation for the Court's review and approval.

IT IS HEREBY AGREED AND STIPULATED that the deadline for Plaintiffs to file their reply in support of their Motion to Stay Discovery (ECF No. 157) is extended from October 25, 2024 to November 1, 2024. This is Plaintiffs' first request for an extension of time regarding their Reply. This additional week for Plaintiffs to file their reply will not cause prejudice as there are no other deadlines in place that will be impacted by this brief extension.

DATED: October 24, 2024.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SNELL & WILMER LLP** |
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>Tel: 775-788-2228  Fax: 775-788-2229<br>lhart@fennemorelaw.com<br>jtennert@fennemorelaw.com<br><br>*Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation* | By: /s/ Erica J. Stutman<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Erica J. Stutman, Esq. (SBN 10794)<br>Kelly H. Dove, Esq. (SBN 10569)<br>Bradley T. Austin, Esq. (SBN 13064)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com<br>estutman@swlaw.com<br>kdove@swlaw.com<br>baustin@swlaw.com<br><br>*Attorneys for Plaintiff Federal National Mortgage Association* |
| **ROGER P. CROTEAU & ASSOCIATES, LTD.** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| By: /s/ Timothy Rhoda<br>Roger P. Croteau, Esq. (SBN 4958)<br>Timothy Rhoda, Esq. (SBN 7878)<br>2810 West Charleston Blvd. #67<br>Las Vegas, NV 89102<br>Tel: (702) 254-7775  Fax: (702) 228-7719<br>croteaulaw@croteaulaw.com<br><br>*Attorneys for Defendant Saticoy Bay* | By: /s/ Michael A.F. Johnson<br>Michael A.F. Johnson, Esq. (*pro hac vice*)<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Tel.: (202) 942-5000<br>Michael.Johnson@arnoldporter.com<br><br>*Attorneys for Plaintiff Federal Housing Finance Agency* |

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: October 25, 2024