1  Leslie Bryan Hart, Esq. (SBN 4932)
   John D. Tennert, Esq. (SBN 11728)

2  FENNEMORE CRAIG, P.C.
   7800 Rancharrah Parkway

3  Reno, NV 89511
   Tel: 775-788-2228   Fax: 775-788-2229

4  lhart@fennemorelaw.com;
   jtennert@fennemorelaw.com

5
   *Attorneys for Plaintiffs Federal Housing*

6  *Finance Agency and Federal Home Loan*
   *Mortgage Corporation*

7
8  Michael A.F. Johnson, Esq. (*pro hac vice*)
   ARNOLD & PORTER KAYE SCHOLER
   LLP

9  601 Massachusetts Ave., NW

10 Washington, DC 20001-3743
   Tel.: (202) 942-5000

11 Michael.Johnson@arnoldporter.com

12 *Attorneys for Plaintiff Federal Housing*
   *Finance Agency*

13

Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
Bradley T. Austin, Esq. (SBN 13064)
SNELL & WILMER LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel:  702-784-5200 Fax: 702-784-5252
asorenson@swlaw.com;  estutman@swlaw.com;
kdove@swlaw.com; baustin@swlaw.com

*Attorneys for Plaintiff Federal National*
*Mortgage Association*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 15  FEDERAL HOUSING FINANCE AGENCY, <br> 16  in its capacity as Conservator of Federal <br> National Mortgage Association and Federal <br> 17  Home Loan Mortgage Corporation; <br> FEDERAL NATIONAL MORTGAGE <br> 18  ASSOCIATION; and FEDERAL HOME <br> LOAN MORTGAGE CORPORATION, <br> 19 <br>        Plaintiffs, <br> 20 <br>    vs. <br> 21 <br> 22  SATICOY BAY, LLC, <br> 23 <br>        Defendant. | CASE NO.:  2:16-cv-02242-JAD-BNW <br><br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY (ECF NO. 157)** <br><br> **(SECOND REQUEST)** |

24

25     Plaintiffs Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan

26 Mortgage Corporation ("Freddie Mac"), and the Federal Housing Finance Agency ("FHFA"), in

27 its capacity as Conservator for Fannie Mae and Freddie Mac, and Defendant Saticoy Bay, LLC

28

FENNEMORE CRAIG, P.C.
RENO, NEVADA
(775) 788-2200

50484583

("Saticoy Bay"), by and through their undersigned counsel, submit the following stipulation for the Court's review and approval.

IT IS HEREBY AGREED AND STIPULATED that the deadline for Plaintiffs to file their reply in support of their Motion to Stay Discovery (ECF No. 157) is extended from November 1, 2024 to November 22, 2024. This is Plaintiffs' second request for an extension of time regarding their Reply; additional time would be helpful for Plaintiffs due to FHFA's and Freddie Mac's involvement in a major complex bankruptcy proceeding in the Central District of California over the past month. This additional time is requested in good faith and not for purpose of delay.

DATED: October 31, 2024.

**FENNEMORE CRAIG, P.C.**

By:    /s/   *Leslie Bryan Hart*
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
7800 Rancharrah Parkway
Reno, NV 89511
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fennemorelaw.com
jtennert@fennemorelaw.com

*Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

By:    /s/   *Timothy Rhoda*
Roger P. Croteau, Esq. (SBN 4958)
Timothy Rhoda, Esq. (SBN 7878)
2810 West Charleston Blvd. #67
Las Vegas, NV 89102
Tel: (702) 254-7775   Fax: (702) 228-7719
croteaulaw@croteaulaw.com

*Attorneys for Defendant Saticoy Bay*

**SNELL & WILMER LLP**

By:    /s/   *Erica J. Stutman*
Amy F. Sorenson, Esq. (SBN 12495)
Erica J. Stutman, Esq. (SBN 10794)
Kelly H. Dove, Esq. (SBN 10569)
Bradley T. Austin, Esq. (SBN 13064)
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel:  702-784-5200 Fax: 702-784-5252
asorenson@swlaw.com
estutman@swlaw.com
kdove@swlaw.com
baustin@swlaw.com

*Attorneys for Plaintiff Federal National Mortgage Association*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:    /s/   *Michael A.F. Johnson*
Michael A.F. Johnson, Esq. (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Michael.Johnson@arnoldporter.com

*Attorneys for Plaintiff Federal Housing Finance Agency*

1

**ORDER**

2    IT IS SO ORDERED that the parties' stipulation to extend the deadline for Plaintiffs to file their

3    reply in support of their Motion to Stay Discovery (ECF No. 157) is GRANTED.

4

5

6                                                  _____
                                                   UNITED STATES MAGISTRATE JUDGE
7

8                                                  DATED: November 1, 2024

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28